IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENTREE MEDICAL CENTER, P.C., | : |
| Plaintiff/Counter-Defendant, | : |
| v. | : 2:23-CV-01468-CCW |
| MATTHEW S. BURKETT, DNP, | : |
| Defendant/Counter-Plaintiff. | : |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff/Counter-Defendant GREENTREE MEDICAL CENTER, P.C., and Defendant/Counter-Plaintiff MATTHEW S. BURKETT, DNP, by and through undersigned counsel, hereby stipulate that this action and all claims including all counterclaims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Date: June 4, 2024         Respectfully submitted,

/s/ *John A. Marty*
Joseph A. Valenti (joe.valenti@saul.com)
John A. Marty (john.marty@saul.com)
Saul Ewing LLP
One PPG Place, Suite 3010
Pittsburgh, PA 15222
Telephone: (412) 209-2500
*Counsel for Plaintiff/Counterdefendant Greentree Medical Center, P.C.*

/s/ *Rachel D. Felton*
Rachel D. Felton (rfelton@metzlewis.com)
Alison R. Viola (aviola@metzlewis.com)
Metz Lewis Brodman Must O'Keefe LLC
444 Liberty Avenue
Suite 2100
Pittsburgh, PA 15222
Telephone: (412) 918-1182
*Counsel for Defendant/Counterplaintiff Matthew S. Burkett, DNP*

52403834.1

## **CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Pennsylvania by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                /s/ *John A. Marty*
                                                John A. Marty